

E-FILED
Tuesday, 23 May, 2017 03:57:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-CR-20034 |
| ) | |
| NICOLAE POPA, ) | Title 18, United States Code, |
| ) | Sections 371 and 1030. |
| ) | |
| Defendant. ) | |

## INFORMATION

### COUNT ONE
(Conspiracy to Commit Unauthorized Access to a Protected Computer)

**THE ACTING UNITED STATES ATTORNEY CHARGES:**

Beginning in about January of 2013 and continuing through about August 21, 2014, in Champaign County, in the Central District of Illinois, and elsewhere,

**NICOLAE POPA,**

defendant herein, knowingly and intentionally conspired and agreed with other persons to commit an offense against the United States, that is, to intentionally access a computer without authorization and exceed authorized access and thereby obtain information from any protected computer, where the value of the information obtained exceeded $5,000, in that the defendant and at least one other person agreed to access, and did access, without authorization, protected computers owned by Amdocs Inc., with the usernames and passwords of other employees, and obtained propriety and confidential materials belonging to Amdocs Inc., the value of which exceeded $5,000.

All in violation of Title 18, United States Code, Sections 371 and 1030(a)(2)(C), (b), and (c)(2)(B)(iii).

> PATRICK D. HANSEN
> ACTING UNITED STATES ATTORNEY
>
> s/Eugene Miller
>
> Eugene L. Miller
> Assistant United States Attorney
> 201 S. Vine Street, Suite 226
> Urbana, Illinois 61802
> Tel: (217) 373-5875
>
> Ryan K. Dickey
> Senior Counsel
> U.S. Department of Justice
> Criminal Division
> Computer Crime and Intellectual
> Property Section