**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. )Criminal No. 17-CR-20034 | |
| ) | |
| NICOLAE POPA, ) | |
| ) | |
| Defendant. ) | |

## EIGHTH UNOPPOSED MOTION TO VACATE SENTENCING HEARING

**NOW COMES** the Defendant NICOLAE POPA, by his attorney J. Steven Beckett, Beckett Law Office PC and for his Unopposed Motion to Vacate Sentencing Hearing and states:

1. This matter is currently set for sentencing hearing on July 23, 2019, at 11:00 a.m.

2. That the initial Pre-Sentence Investigation Report (PSR) was posted on August 23, 2017. The parties are working with the U S Probation Officer assigned to the case to finalize the pre-sentence report.

3. That this case is a cooperation plea and the Defendant was a material witness in a Federal criminal case pending in the Eastern District of Texas, Sherman Division (United States v. Satkish K. Puram et al 18 CR 241), indictment returned December 12, 2018 hereinafter referred to as the "Texas case."

4. The Texas case was presented to the U. S. District Court by a plea agreement as to both Defendants Puram and Nisha Bajaj, based on a superceding information filed May 28, 2019 which contained modified charges from the initial indictment. Sentencing in the Texas case is set at a future time.

5. As a result of the modified charge in the Texas case, Defendant requested that the

      Government reconsider the plea agreement in the present case in a written request submitted on June 4, 2019.  This case involves review by the Department of Justice regarding Defendant's request and additional time is needed by the Government for that Departmental review.

6.      The Government and the Defendant request that the Court vacate the current sentencing hearing of July 23, 2019 and reschedule the hearing for August 12, 2019 in the Urbana Division, or at such other time as the Court deems appropriate.

7.      The request for a new sentencing date is sought in the interest of justice and not for purposes of delay.

**WHEREFORE** the Defendant NICOLAE POPA prays that the Court vacate the sentencing hearing set for July 23, 2019 at 11:00 a.m. and re-schedule the matter for August 12, 2019 or set the matter for a status hearing, and for such other relief deemed just and appropriate.

        Respectfully submitted,
        **NICOLAE POPA**, Defendant,

        s/J. Steven Beckett
        **J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICES PC**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the above *Eighth Unopposed Motion to Vacate Sentencing Hearing* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**AUSA, Elly Pierson - 201 S. Vine Street, Urbana, IL**

**Senior Counsel, Dept. Of Justice, Washington DC**

and I hereby certify that on July 3, 2019, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:
**N/A**

s/J. Steven Beckett
**J. STEVEN BECKETT**

**J. STEVEN BECKETT**
**BECKETT LAW OFFICES PC**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com