UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
OCT 21

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 17-CR-20034 |
| | ) | |
| NICOLAE POPA, | ) | Vio: 18 U.S.C. § 371; |
| | ) | §§ 1030(a)(2)(C) and (c)(2)(A) |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

Beginning in approximately January 2013 and continuing until on or about August 21, 2014, in Champaign County, in the Central District of Illinois, and elsewhere,

**NICOLAE POPA,**

defendant herein, knowingly and willfully conspired and agreed with other persons to commit an offense against the United States, that is, to intentionally access a computer without authorization or exceed authorized access and thereby obtain information from any protected computer.

All in violation of Sections 371 and 1030(a)(2)(C) and (c)(2)(A) of Title 18 of the United States Code.

JOHN C. MILHISER
UNITED STATES ATTORNEY

BY:  s/Elly Peirson

ELLY M. PEIRSON
*Assistant United States Attorney*
IL Bar No. 6298075